**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMANDEEP JASSAL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>A&M ACQUISITIONS, LLC d/b/a EASY CASH DEAL and VANGUARD REALTY ALLIANCE, LLC d/b/a VRA REALTY,<br><br>        Defendants. | Civil Action No.: 2:25-cv-01149-PD |

**DEFENDANT VANGUARD REALTY ALLIANCE, LLC'S**
**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
**WITH AFFIRMATIVE DEFENSES AND CROSSCLAIM AGAINST**
**CO-DEFENDANT A&M ACQUISITIONS, LLC D/B/A EASY CASH DEAL**

Defendant, Vanguard Realty Alliance, LLC d/b/a VRA Realty ("VRA Realty"), by and through its counsel, Ward Law, LLC, hereby submits this Answer to Plaintiff, Amandeep Jassal's ("Plaintiff"), First Amended Class Action Complaint and avers as follows:

<u>**NATURE OF THIS ACTION**</u>

1.      The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, it is admitted only that the Amended Complaint is a document that speaks for itself; the remaining allegations and characterizations of this paragraph are denied.

2.      The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

3.      The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

4.      The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

5.      The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

## PARTIES

6.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

7.      Admitted only that Defendant is a Pennsylvania limited liability company headquartered in West Chester, Pennsylvania and registered with the Pennsylvania Real Estate Commission.  The remaining allegations and characterizations are denied as stated.

8.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

9.      Admitted only upon information and belief that Alex Camaerei and Marcello Riccardi are licensed realtors.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

10.     Admitted upon information and belief.

11.     Admitted only that the documents and/or licenses referenced in this paragraph speak for themselves.   The remaining allegations and characterizations of this paragraph are denied.

## JURISDICTION AND VENUE

12.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

13.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

14.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

## FACTUAL ALLEGATIONS

15.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

16.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

17.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

18.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

19.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

20.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

21.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

22.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

23.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

24.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

25.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff.

26.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

27.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

28.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to co-defendant Easy Cash; they are therefore denied. To the extent these allegations pertain to Defendant, the allegations are denied.

29.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

30.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

31.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

32.    Denied.

33.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

34.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

35.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

36.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to defendant Easy Cash; they are therefore denied. To the extent these allegations pertain to Defendant, the allegations are denied.

37.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

38.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

39.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

40.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

41.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

42.    Denied.

43.    Admitted only that the document or internet page referenced in this paragraph speaks for itself.  The remaining allegations and characterizations of this paragraph are denied.

44.    Admitted only that the document or internet page referenced in this paragraph speaks for itself.  The remaining allegations and characterizations of this paragraph are denied.

45.    Admitted only that the document or internet page referenced in this paragraph speaks for itself.  The remaining allegations and characterizations of this paragraph are denied.

46.    Admitted only that the document or internet page referenced in this paragraph speaks for itself.  The remaining allegations and characterizations of this paragraph are denied.

47.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

48.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

49.    Denied.

50.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

51.    Denied.

52.    Denied.

53.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

54.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

55.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

56.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

57.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

58.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

59.    Admitted only that the document or internet page referenced in this paragraph speaks for itself.  The remaining allegations and characterizations of this paragraph are denied.

60. The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required. In the event a response is required, the allegations of this paragraph are denied as stated.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number by using an artificial or prerecorded voice.

62. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number by using an artificial or prerecorded voice.

63. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

66. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied. By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

67.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

68.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

69.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.

70.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

71.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

72.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

73.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

74.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph; they are therefore denied.  By way of further Answer, Defendant did not place any calls to Plaintiff's cellular telephone number.

## CLASS ACTION ALLEGATIONS

75.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

76.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

77.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

78.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

79.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

80.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

81.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

82.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

83.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

84.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

85.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

86.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

87.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

88.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

89.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

90.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

91.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

92.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

93.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

94.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

95.     The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

96.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

97.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

98.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

99.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

100.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

101.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

102.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

103.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

104.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

## COUNT I

105.    The preceding answers are incorporated by reference as if fully set forth herein.

106.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

107.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

108.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.   In the event a response is required, the allegations of this paragraph are denied.

**WHEREFORE**, Defendant, Vanguard Realty Alliance, LLC d/b/a VRA Realty, requests the Court enter judgment in favor of Defendant and against Plaintiff, Amandeep Jassal, including attorney's fees, court costs, and any other relief the Court deems just and proper.

## COUNT II

109.    The preceding answers are incorporated by reference as if fully set forth herein.

110.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

111.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

112.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

113.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

114.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

115.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

116.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

**WHEREFORE**, Defendant, Vanguard Realty Alliance, LLC d/b/a VRA Realty, requests the Court enter judgment in favor of Defendant and against Plaintiff, Amandeep Jassal, including attorney's fees, court costs, and any other relief the Court deems just and proper.

## COUNT III

117.    The preceding answers are incorporated by reference as if fully set forth herein.

118.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

119.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

120.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

121.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

122.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

123.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.    In the event a response is required, the allegations of this paragraph are denied.

124.    The allegations of this paragraph comprise conclusions of law to which no responsive pleading is required.  In the event a response is required, the allegations of this paragraph are denied.

**WHEREFORE**, Defendant, Vanguard Realty Alliance, LLC d/b/a VRA Realty, requests the Court enter judgment in favor of Defendant and against Plaintiff, Amandeep Jassal, including attorney's fees, court costs, and any other relief the Court deems just and proper.

<u>**AFFIRMATIVE DEFENSES**</u>

1.    Plaintiff has failed to state a claim upon which relief can be granted.

2.    Plaintiff's claims for damages are barred to the extent that Plaintiff failed to properly mitigate Plaintiff's damages, if any.

3.    Plaintiff's claims may be barred by the doctrine of after-acquired evidence.

4.    Defendant affirmatively asserts that it engaged in good faith efforts to comply with the law.

5.    Plaintiff's claims are barred by the doctrines of laches and estoppel.

6.    Plaintiff's claims are barred by the statute of limitations.

7.    To the extent Plaintiff has filed for bankruptcy and failed to disclose his claims to the bankruptcy court, his claims are barred by estoppel.

8.    If Plaintiff suffered any damages or losses, such damages or losses were caused in whole or in part by Plaintiff's own acts, omissions or conduct, or by the acts, omissions or conduct of parties other than Defendant, about which Defendant had no prior knowledge or control and/or are not legally responsible.

9.    Defendant acted with due care at all times and complied with all applicable laws, regulations and standards and otherwise acted reasonably.

10.    Plaintiff is not entitled to punitive or treble damages, even if Plaintiff can prove a violation of the law, because any acts or omissions giving rise to Plaintiff's claims were undertaken or made in good faith, not willful violations that were a reckless disregard for the law, and the Defendant had reasonable grounds for believing that its actions or omissions did not violate the law.

11.    Plaintiff is not entitled to attorney's fees or costs under the Telephone Consumer Protection Act.

12.    This Court does not have subject matter jurisdiction over these claims as Plaintiff has not suffered a concrete injury.

## CROSSCLAIM DIRECTED TO DEFENDANT
## A&M AQCUISITIONS, LLC D/B/A EASY CASH DEAL

1.    Defendant incorporates the allegations in Plaintiff's First Amended Class Action Complaint, without admission or adoption, as if fully set forth herein, as well as Defendant's above answers thereto.

2.    If Plaintiff and/or class plaintiffs suffered injuries and/or damages as alleged in Plaintiff's First Amended Class Action Complaint, which Defendant expressly denies, said injuries or damages were caused solely by the conduct of defendant A&M Acquisitions, LLC d/b/a Easy Cash Deal ("Co-Defendant") and not by any conduct attributable to Defendant.

3.    If Plaintiff and/or class plaintiffs suffered injuries and/or damages as alleged in Plaintiff's First Amended Class Action Complaint, which Defendant expressly denies, then Co-Defendant is solely liable to Plaintiff, and/or jointly and/or severally liable to Plaintiff, and/or liable to Defendant for any injuries and/or damages which Plaintiff or class plaintiffs may have suffered.

4.      If Defendant shall be held liable to Plaintiff  and/or class plaintiffs as alleged in Plaintiff's First Amended Class Action Complaint, which Defendant expressly denies, then Co-Defendant are liable over to Defendant for contribution and indemnity, whether by virtue of contract or common law, including full indemnity against any verdict, judgment, attorney's fees, interests and costs.

**WHEREFORE**, Defendant, Vanguard Realty Alliance, LLC d/b/a VRA Realty, while denying that Plaintiff or class plaintiffs have suffered injuries and denying liability, hereby avers that Co-Defendant A&M Acquisitions, LLC d/b/a Easy Cash Deal is solely liable to Plaintiff and class plaintiffs, and/or is jointly and severally liable to Plaintiff and class plaintiffs, and/or are liable over to Defendant for contribution and/or indemnity, together with interest, costs and attorney fees.

Respectfully submitted,

**WARD LAW, LLC**

*/s/ Christopher M. Curci*
Christopher M. Curci, Esq. (309820)
Ward Law, LLC
One Penn Center
1617 JFK Blvd., Suite 500
Philadelphia, PA 19103
p: 215-647-6603
f: 267-350-8754
ccurci@thewardlaw.com
*Attorneys for Defendant,*
Date: <u>October 10, 2025</u>          *Vanguard Realty Alliance, LLC*